ACCEPTED
03-15-00284-CR
6048015
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 7:41:19 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—15—00284—CR

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 7:41:19 PM
JEFFREY D. KYLE
Clerk

EX PARTE      X     IN THE COURT OF APPEALS

                       X

                       X     THIRD COURT OF APPEALS

                       X

LEONARD RAY BARKER     X     STATE OF TEXAS

## APPELLANT'S AMENDED MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on June 18, 2015. No previous Motions to Extend Time have been sought.

II.

The undersigned counsel needs additional time to examine the record and complete the research necessary to complete the Appellant's Brief. Counsel reasonably anticipates that he will need only three weeks from the

date of the filing of the instant motion to complete all requisite tasks while not causing undue slight to other pending clients, and would hereby respectfully request the deadline be extended to August 5, 2015.

III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
 PAUL M. EVANS
 SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 13th day of July, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS


## CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 348 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS